**BRIAN P. FUNK**
Attorney at Law
964 Fifth Avenue, Suite 214
San Diego, California 92101
Telephone No. (619) 233-4076
Facsimile No. (619) 699-5961
State Bar No.: 110462

Attorney for Defendant,
**ALEJANDRO TAPIA-TENA**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**ALEJANDRO TAPIA-TENA**<br><br>Defendant. | CASE NO. 08CR2425-BTM<br><br>**STIPULATION TO CONTINUE MOTIONS HEARING** |

COMES NOW the Defendant, **ALEJANDRO TAPIA-TENA** , by and through his counsel, BRIAN P. FUNK, ESQ., and The United States of America, by ANNE PERRY AUSA who stipulate and agree as follows:

It is agreed to continue the discovery motions until Friday , September 5, at 1:30 pm

DATE :August 27, 2008 /s/ Brian P. Funk

DATE :August 27, 2008 Anne Kristina Perry AUSA

ATTORNEY FOR

UNITED STATES OF AMERICA