**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO TAPIA-TENA<br><br>Defendant. | CASE NO. 08CR2425-BTM<br><br>**ORDER TO CONTINUE MOTIONS HEARING** |

Good cause being shown, IT IS ORDERED the discovery motion not set for August 29, 2008, be continued until Friday, September 5, at 1:30 pm.

IT IS SO ORDERED.

DATED: August 28, 2008

Honorable Barry Ted Moskowitz
United States District Judge