AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

UNITED STATES OF AMERICA

v.

ALEJANDRO TAPIA-TENA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2425

I, ALEJANDRO TAPIA-TENA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9-04-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Alejandro Tapia
Defendant

Counsel for Defendant

Before
Judicial Officer